THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARLEY STEWART, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted January 9, 1941; decided January 23, 1941.

*Harley Stewart,* appellant, in person.

*John J. Bennett, Jr., Attorney-General (James A. Noonan* of counsel), for respondent.

Appeal dismissed on the ground that no substantial constitutional question is involved. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.